

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nuru Nathan Tinch, Jr., Appellant

No. 06-20-00056-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49005-B). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the clerk's bill of costs and the judgment by deleting the assessment of attorney fees. We also modify the trial court's judgment to reflect that the correct statute of offense is Section 22.02(b)(1) of the Texas Penal Code. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Nuru Nathan Tinch, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 20, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk